# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Izaui Manuel Lerma**<br>DOB: 2000; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>19-07828MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 15, 2019, in the District of Arizona, **Izaui Manuel Lerma**, knowing or in reckless disregard that certain aliens, including Anser Fernando Palencia-Veliz, Kevin Joel Sanchez De Leon, and Widman Heysleer De Leon-Mejia, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about December 15, 2019, in the District of Arizona, United States Border Patrol Agents (BPA) received information from a concern citizen who arrived at the Arivaca immigration checkpoint. The citizen told the agent that the green Hyundai in front of him dropped off a group of subjects who were wearing camouflage clothing from head to toe. The Hyundai was sent to secondary and the driver was identified as **Izaui Manuel Lerma**. Post-Miranda, **Lerma** admitted that he dropped of the group of illegal aliens and said that he was going to be paid $800.00 USD per illegal alien. He said that he was going to transport the illegal aliens to Phoenix. **Lerma** was released from the checkpoint and agreed to let the agents know when he picked them up again, no promises or deals were given to **Lerma**. Once **Lerma** told the agents that he had picked up the illegal aliens, the agents stopped the Hundai. There were three illegal aliens in the Hyundai and they were identified as Anser Fernando Palencia-Veliz, Kevin Joel Sanchez De Leon, and Widman Heysleer De Leon-Mejia.

Material witness Anser Fernando Palencia-Veliz, said that he made arrangements to be smuggled into the United States for money. Kevin Joel Sanchez De Leon said that his uncle made the smuggling arrangements on his behalf. Both stated that they crossed the border from Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Anser Fernando Palencia-Veliz, Kevin Joel Sanchez De Leon, and Widman Heysleer De Leon-Mejia

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Jacqueline M. Rateau | DATE<br>December 16, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54